UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   8:24-cv-01182-MEMF-PVC                                         Date: December 3, 2024

Title   *Theresa Brooke v. Shandilya Inc.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order DENYING AS MOOT Motion for Default Judgment and Directing Clerk of Court to Terminate Action [ECF No. 11] [JS-6]**

Plaintiff Theresa Brooke ("Brooke") filed a Motion for Default Judgment on July 23, 2024. *See* ECF No 11. On September 29, 2024, while the Motion for Default Judgment was pending, Brooke filed a Notice of Voluntary Dismissal. *See* ECF No. 16.

The Court has reviewed the Notice of Voluntary Dismissal, and pursuant to it, the Court hereby ORDERS that the action shall be dismissed with prejudice. The Clerk of Court is directed to terminate this action and close the file.

In light of the termination of the action, the Motion for Default Judgment (ECF No. 11) is DENIED AS MOOT.

:
**Initials of Preparer**     DBE